IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> JUAN RIVERA ORTIZ <br> EMELY MARTINEZ REYES <br><br> DEBTORS | CASE NO. 12-00947-ESL <br><br> CHAPTER 13 |

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
## AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COME NOW, **JUAN RIVERA ORTIZ and EMELY MARTINEZ REYES** debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray:

1. Debtors are hereby submitting an amended Plan dated March 29, 2012, herewith and attached to this motion.

2. This Amended Chapter 13 Plan is filed to correct the attorney's fees.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, debtors, Juan Rivera Ortiz and Emely Martinez Reyes and to all creditors and parties in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 29th day of March, 2012.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

United States Bankruptcy Court
District of Puerto Rico

IN RE: Case No. 12-00947-13

RIVERA ORTIZ, JUAN & MARTINEZ REYES, EMELY                     Chapter 13
                         Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 3/29/2012
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 150.00 x 60 = $ 9,000.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 9,000.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 9,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,881.00

Signed: /s/ JUAN RIVERA ORTIZ
        Debtor

        /s/ EMELY MARTINEZ REYES
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **CITIFINANCIAL**      Cr. _____      Cr. _____
# 6075024137226753         #               #
$ 1,030.00                 $               $
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**CITIFINANCIAL**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
               ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**                Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

RIVERA ORTIZ, JUAN
HC 1 Box 7355
Aguas Buenas, PR 00703-9736

OPERATING PARTNERS
PO BOX 194499
SAN JUAN, PR 00919-4499

MARTINEZ REYES, EMELY
HC 1 BOX 7355
AGUAS BUENAS, PR 00703-9736

PEP BOYS
BANK ONE 1802
DAYTON, OH 45401-1802

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

SECURITY CREDIT SERVIC
GE MONEY BANK
2653 W OXFORD LOOP
OXFORD, MS 38655-5442

CITIFINANCIAL
PO BOX 499
HANOVER, MD 21076-0499

CLARO
PO BOX 70366
SAN JUAN, PR 00936-8366

HOME DEPOT
PO BOX 103108
ROSWELL, GA 30076-9108

ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR 00919-5369

LVNV FUNDING LLC
RELIABLE
PO BOX 740281
HOUSTON, TX 77274-0281

MIDLAND CREDIT MGMT IN
CITIBANK
8875 AERO DR
SAN DIEGO, CA 92123-2251

MIGUEL A MAZA PEREZ
PO BOX 364028
SAN JUAN, PR 00936-4028