## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | |
| | * | CASE NO. 12-00947 ESL |
| JUAN RIVERA ORTIZ | * | |
| EMELY MARTINEZ REYES | * | CHAPTER 13 |
| | * | |
| DEBTORS | * | |

### DEBTORS' MOTION IN COMPLIANCE WITH *TO SHOW CAUSE* DATED May 24, 2016, DOCKET #48

TO THE HONORABLE COURT:

NOW COME, **JUAN RIVERA ORTIZ and EMELY MARTINEZ REYES,** debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. On March 21, 2016 this Honorable Court issued the following *Order:*

> "The debtor's reply to the trustee's motion to dismiss (Docket #45) is hereby granted. The trustee's motion to dismiss (Docket #44) is hereby denied. The debtors shall move the court within sixty (60) days informing payment of tax refunds for 2012 and 2013.
> IT IS SO ORDERED." *ORDER*, dated March 21, 2016 (Docket #46).

2. On May 19, 2016 the debtors paid the Trustee the sum of $719 to cover the 2012 tax refund ($353) and the 2013 tax refund ($366). Attached is copy of Trustee's *Financial Summary*, dated May 25, 2016 to evidence said $719.00 payment.

3. On May 24, 2016, this Honorable Court issued an *Order to Show Cause*, (Dkt. #48), as follows:

> "The debtor is hereby ordered to show cause within 21 days why the case should not be dismissed for failure to comply with this court's order of March 21, 2016 (dkt. #46) by failing to file evidence of payment of tax refunds SO ORDERED." *Order to Show Cause*, dated May 24, 2016, dkt. #48.

4. The debtors respectfully state that they did comply with this Court's Order to pay the tax refunds, within the sixty (60) days period of time granted by this Honorable Court

**Page -2-**
**Motion In Compliance OSC**
**Case no. 12-00947 ESL13**

pursuant to *Order*, dated March 21, 2016, dkt. #46. Evidence is hereby submitted that the $719 payment covering the 2012 ($353) and the 2013 ($366) tax refunds, which total the sum of $719.00 were paid into the confirmed Plan account for distribution by the Trustee.

5. However, due to an oversight, the debtors forgot to inform this Honorable Court of said $719 payment and file evidence of having paid the 2012 and 2013 tax refunds into the confirmed Plan.

6. Based on the above stated, the debtors respectfully request that this Honorable Court be informed of the aforegoing, allow the debtors to continue under the protection of this Honorable Court and complete their confirmed Plan payments, in the above captioned case.

**WHEREFORE**, debtors, through the undersigned attorney respectfully request that this Honorable Court grant the foregoing motion incompliance with this Court's *Order to Show Cause*, dkt. #48, in the above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq.; I also certify that a copy of this motion was sent via US Mail to debtors Juan Rivera Ortiz and Emely Martinez Reyes, HC 1 Box 7355 Aguas Buenas PR 00703.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 25th day of May, 2016.

*/s/ Roberto Figueroa Carrasquillo* USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR DEBTORS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

CUSTOMER'S RECEIPT

UNITED STATES POSTAL SERVICE

KEEP THIS RECEIPT FOR YOUR RECORDS

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: Alejandro Oliveras Rivera
Chapter 13 Trustee Office
P.O. Box 71486 San Juan PR 00936-8586

$719.00

Serial Number
1958702 9578

POSTAL MONEY ORDER

UNITED STATES POSTAL SERVICE

$719.00

Seven hundred nineteen dollars and 00/100

#12-00947-ESL

Pay to: Alejandro Oliveras Rivera
Chapter 13 Trustee Office
P.O. Box 71486
San Juan PR 00936

1958702 9578

Serial Number
1958702 9578

⑆1958702 9578⑈

⑆:000000800 2⑆:



**FINANCIAL SUMMARY - CASE 12-00947**

Print Page    Printer Friendly

| JUAN RIVERA ORTIZ paying **$719.00** ANNUALLY |
|---|

| Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All |
|---|---|---|---|---|---|---|

Limits: | Select Start Date | Select Claim ID | Select Payee Name |   Check Status: | Cleared | Stale Dated | Stop Payment | Cancelled | Voided | Outstanding |

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 5/19/2016 | | | 0714 86701 0003 | LOCKBOX PAYMENT | $719.00 | | |
| 4/26/2016 | | | 0714 86300 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 3/10/2016 | | | 0714 86700 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 3/10/2016 | | | 0714 86301 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 2/9/2016 | | | 0714 86301 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 1/11/2016 | | | 0714 86305 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 12/8/2015 | | | 0714 86302 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 11/10/2015 | | | 0714 86303 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 10/7/2015 | | | 0714 86304 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 9/23/2015 | | | 0714 86308 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 8/11/2015 | | | 0714 86302 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 7/13/2015 | | | 0714 86302 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 6/19/2015 | | | 0714 86301 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 5/6/2015 | | | 0714 86303 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 4/8/2015 | | | 0714 86300 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 3/10/2015 | | | 0714 86313 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 2/12/2015 | | | 0714 86304 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 1/13/2015 | | | 0714 86305 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 12/30/2014 | | | 0714 86302 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 11/18/2014 | | | 0714 86706 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 10/14/2014 | | | 0714 86705 0003 | LOCKBOX PAYMENT | $150.00 | | |
| 9/16/2014 | | | 0501 00040 8037 | LOCKBOX PAYMENT | $150.00 | | |
| 8/13/2014 | | | 0504 00460 1256 | LOCKBOX PAYMENT | $150.00 | | |
| 7/15/2014 | | | 0501 00980 8105 | LOCKBOX PAYMENT | $150.00 | | |
| 6/13/2014 | | | 0500 00490 5063 | LOCKBOX PAYMENT | $150.00 | | |
| 5/8/2014 | | | 0658 00181 3342 | LOCKBOX PAYMENT | $150.00 | | |
| 4/11/2014 | | | 0501 01060 7561 | LOCKBOX PAYMENT | $150.00 | | |
| 3/11/2014 | | | 0500 00810 2913 | LOCKBOX PAYMENT | $150.00 | | |
| 2/28/2014 | | | 0501 00600 4503 | LOCKBOX PAYMENT | $150.00 | | |
| 1/28/2014 | | | 0500 00210 5730 | LOCKBOX PAYMENT | $150.00 | | |
| 12/24/2013 | | | 0501 00700 6020 | LOCKBOX PAYMENT | $150.00 | | |
| 12/3/2013 | | | 0505 00640 1383 | LOCKBOX PAYMENT | $150.00 | | |
| 10/17/2013 | | | 0501 00080 5778 | LOCKBOX PAYMENT | $150.00 | | |
| 10/8/2013 | | | 0502 01040 0108 | LOCKBOX PAYMENT | $150.00 | | |
| 10/2/2013 | | | 0500 00500 7724 | LOCKBOX PAYMENT | $150.00 | | |
| 7/16/2013 | | | 0655 00281 6686 | LOCKBOX PAYMENT | $150.00 | | |
| 6/18/2013 | | | 0504 00160 2512 | LOCKBOX PAYMENT | $150.00 | | |
| 5/21/2013 | | | 0501 00940 7792 | LOCKBOX PAYMENT | $150.00 | | |
| 4/11/2013 | | | 0501 01010 5694 | LOCKBOX PAYMENT | $150.00 | | |
| 3/13/2013 | | | 0502 01530 9630 | LOCKBOX PAYMENT | $150.00 | | |
| 2/5/2013 | | | 0651 00141 2080 | LOCKBOX PAYMENT | $150.00 | | |
| 1/3/2013 | | | 0651 00281 9058 | LOCKBOX PAYMENT | $150.00 | | |
| 12/3/2012 | | | 0502 00290 2073 | LOCKBOX PAYMENT | $150.00 | | |
| 10/30/2012 | | | 0500 00960 7818 | LOCKBOX PAYMENT | $150.00 | | |
| 10/3/2012 | | | 0503 01340 5534 | LOCKBOX PAYMENT | $150.00 | | |
| 8/28/2012 | | | 0503 01390 0090 | LOCKBOX PAYMENT | $150.00 | | |
| 7/31/2012 | | | 0501 00460 7447 | LOCKBOX PAYMENT | $150.00 | | |
| 7/3/2012 | | | 0510 00740 4545 | LOCKBOX PAYMENT | $150.00 | | |
| 5/23/2012 | | | 0500 01640 3266 | LOCKBOX PAYMENT | $150.00 | | |
| 4/11/2012 | | | 0500 00180 9144 | LOCKBOX PAYMENT | $150.00 | | |
| 3/9/2012 | | | 0651 00221 3693 | LOCKBOX PAYMENT | $150.00 | | |

| | | | | | Totals: | $8,219.00 | | $0.00 | |